# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Forfex LLC, | No. CV-20-01068-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Hartford Underwriters Insurance Company, et al., | |
| Defendants. | |

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 35).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed without prejudice, with each party bearing its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that all hearings and deadlines are vacated, and any pending motions are denied as moot.

Dated this 8th day of April, 2021.

Dominic W. Lanza
United States District Judge